[Civ. No. 18357.   Second Dist., Div. One.   Nov. 5, 1951.]

ELLEDGE R. PENLAND, Appellant, v. NATHAN GOLDEN et al., Respondents.

Elledge R. Penland, in pro. per., for Appellant.

Major & Tenner and Jack Tenner for Respondents.

HANSON, J. pro. tem.— This is an appeal from an order sustaining a demurrer to a complaint with leave to amend. As an appeal does not lie from such an order, but only from a judgment entered thereon we are without jurisdiction to review the case on its merits. (*Cornic* v. *Stewart*, 179 Cal. 242 [176 P. 164].)   Accordingly, we are required on our own motion to dismiss the appeal.

Appeal dismissed for want of jurisdiction.

White, P. J., and Doran, J., concurred.